FILED
CLERK, U.S. DISTRICT COURT
SEP 2 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-939-GW |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central DA, CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _allegedly failing to report as directed; new arrest (any offense)_

1
2
3
4       and/or

5   B.  ( )  The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
9       on: _____
10      _____
11      _____
12      _____
13

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

16
17  Dated:   9/25/13

18
19                                      _____
20                                      UNITES STATES MAGISTRATE JUDGE