FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 09-0939 GW-32 |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation/ |
| VICTOR HERNANDEZ | ) Supervised Release Conditions) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply with conditions of release. Also, defendant prior serious criminal history and possible substance abuse_

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/ conditions of release. Also, defendant has no bail resources + possible substance abuse._

IT IS ORDERED that defendant be detained.

DATED: 7/9/14

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2